IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Tony N. Leung |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-134 MJD/BRT |
| | Date: July 6, 2022 |
| David Gantman(3), | Courthouse: Minneapolis |
| | Courtroom: 9W |
| Defendant, | Time Commenced: 2:02 p.m. |
| | Time Concluded: 2:19 p.m. |
| | Time in Court: 17 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Doug Micko, Assistant Federal Public Defender
X FPD    X To be appointed

Date Charges Filed: 6/30/2022        Offense: conspiracy; aiding and abetting securities fraud

X Advised of Rights

on    X Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
   X Arraignment hrg

X Government moves to unseal the entire case.        X Granted

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

s/jam
Signature of Courtroom Deputy